UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding in a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **KIRK R. CARTER** | : | VIOLATION: 21 U.S.C. § 846 |
| **Defendant.** | : | (Conspiracy to Distribute and Possess With |
| | : | Intent to Distribute Cocaine and Cocaine |
| | : | Base) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about at least September 2, 2005, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including October 24, 2005, within the District of Columbia, the State of Maryland, and elsewhere, **KIRK R. CARTER**, did knowingly and willfully combine, conspire, confederate, and agree together with Antoine Jones, also known as "Toine," John Adams, Demetris Johnson, Adrian Jackson, Michael Huggins, Kevin Holland, Alberto Rolando Carrillo-Montelongo, Roel Bremea, Jr., Ricardo Sanchez-Gonzalez, Lawrence Maynard, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute the following:

   1. A mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance and the said mixture and substance was 5 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii);

2. A mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base,** in violation of Title 21, United States Code, Section 846)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia