| Papers | Court File Date | | PDID _____ |
|---|---|---|---|
| nt(s) _____ | JAN 07 2006 | L-27 | DOB _____ |
| Filed _____ | | | CCR _____ |

☐ CITATION   ☐ BOND   ☐ Collateral $ _____   Page _____

| DEFENSE COUNSEL ☐ PRO SE | CODE | S C A R | DATE WITHDRAWN |
|---|---|---|---|
| 1. _____ | _____ | ☐ ☐ ☐ ☐ | _____ |
| 2. _____ | _____ | ☐ ☐ ☐ ☐ | _____ |

Dist. Court

| PROSECUTOR | CODE | ASSIGNED TO JUDGE |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | Cal. Number _____ |

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.

☐ LINEUP ORDER FILED

Count(s) _____   PLEA: ☐ Not Guilty   ☐ Guilty, JUDGMENT Guilty

☐ Sworn Statement Filed Rule 5(c) Determination  ☐ Made  ☐ Waived

| CONTINUED DATE | BOND CONDITIONS |
|---|---|
| PREL. HEARING | BOND AMOUNT $ |
| STATUS HEARING | ☐ CASH _____ % ☐ SURETY |
| JURY TRIAL | ☐ PERSONAL RECOGNIZANCE |
| NON-JURY | ☐ Third Party Custodian |
| | ☐ Contribution Ordered |

PROBATION
☐ 163 FILED

☐ Defendant Advised of Penalties for Failure to Appear.

BWQ. C 1-9-06 @ 9am Dist. Come-up Court. No Bond Imposed. Issued.

Count(s) _____ Nolle Prosequi Prosecutor: _____

| COURT REPORTER | TAPE ☐ | CLERK | JUDGE/COMM. |
|---|---|---|---|
| | CW | M | |

☒ NEW COMMITMENT   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ NOT IN CUSTODY

| DISPOSED | | | | PENDING | | | | |
|---|---|---|---|---|---|---|---|---|
| CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By |

Diversion
Date Admitted

ATE: _____   FINAL DISPOSITION ONLY

UNITED STATES
VS
CARTER, KIRK RODNE
Lockup Nbr: 27

PDID:
DOB:
CCR: 000000

FILED
JAN 09 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Superior Court of the District of Columbia
CRIMINAL DIVISION
Special Proceeding

unt(s) _____ Nolle Prosequi Prosecutor: _____

| URT REPORTER | TAPE ☐ | CLERK | JUDGE/COMM. |

NEW COMMITMENT EXECUTED   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ NOT IN CUSTODY

Counts Closed   DISPOSED
ET MAY GO
LOSED FILES | Updated by | CLOSED | Held G.J. | CONT. PAY | ShowCause | B/W | Others

**SP74-06**