UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 05-448 (ESH)** |
| | : | |
| **KIRK CARTER,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

　　Please enter the appearance of undersigned counsel in this case on behalf of Kirk Carter, defendant, effective January 6, 2006.

　　　　　　　　　　　　　　　　　　Submitted by
　　　　　　　　　　　　　　　　　　JOANNE VASCO, ESQUIRE
　　　　　　　　　　　　　　　　　　4102 Madison Street
　　　　　　　　　　　　　　　　　　Hyattsville, MD 20781
　　　　　　　　　　　　　　　　　　301.864.6424
　　　　　　　　　　　　　　　　　　Attorney for Kirk Carter

[X]　　CJA

[ ]　　Retained