# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-448    MAGIS. NO: |
| V. <br> KIRK R. CARTER | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> Kirk R. Carter <br> 2504 Pomeroy Road, S.E. #402 <br> Washington, D.C. |
| DOB: 4/9/63    PDID: 428-314 | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND COCAINE BASE

FILED
JAN 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: <br> 21:846 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: <br> MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: <br> 12/15/05 |
|---|---|---|
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: <br> 12/15/05 |

### RETURN

This warrant was received and executed with the arrest of the above-named person. REPORTING

| DATE RECEIVED 12-15-05 | NAME AND TITLE OF ARRESTING OFFICER <br> SEAN McLEOD <br> SDUSM | SIGNATURE OF ARRESTING OFFICER <br> Sean McLeod |
|---|---|---|
| DATE EXECUTED 01-09-06 | | |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X |