## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Case No. CR 05-448 (EFH) |
| | : | |
| Kirk Carter | : | |
|     Defendant | : | |

## **P R A E C I P E**

The Clerk of the Court will please enter the appearance of Charles F. Daum as the Attorney of record for the defendant, Mr. Kirk Carter in the aforementioned case.

Respectfully Submitted,

_____
Charles F. Daum
736 5th Street, N.E.
Washington, DC 20002
Telephone: 202-546-8886
DC BAR 952481