<u>ATTACHMENT</u>

<u>WRITTEN PROFFER IN SUPPORT OF DETENTION, 05-448 (ESH)</u>

This written proffer regarding detention is provided for the convenience of the Court and counsel. The government intends to supplement it orally at the scheduled detention hearings. The proffer is based on the investigation to date, including agent review of: (a) oral and written law enforcement reports regarding this and other related investigations; (b) physical surveillance; (c) review of dialed number recorder data (pen register records) and telephone toll records; (d) review of vehicle registration records and licenses; (e) review of criminal history records;  (f) review of wire interceptions pertaining to a target phone telephone (a cell phone listed in the name of Jones' wife but used exclusively by Jones)  authorized by United States District Court Judge Paul L. Friedman on September 2, 2005, and extended on September 30, 2005,  (g) debriefings of confidential informants (h) searches conducted on October 24, 2005. Evaluation and analysis of this information, particularly of the evidence seized on the 24th, continues. The identification of the drugs seized on October 24 is based on field tests and the opinion of agents expert in the area of drug trafficking, final lab tests have not yet been completed.

<u>CRIMINAL HISTORIES</u>

The government is aware of the following criminal history information concerning the charged defendants:

**ANTOINE JONES**, a/k/a **ANTONIO JONES**, a/k/a/ **"TOINE"**  A search of FBI criminal history records for **JONES** (FBI# 901461KA2) revealed the following; 1989, District of Columbia, Carrying a Pistol Without a License and Disorderly Conduct, dismissed; 1991, Arlington, Virginia, Selling Cocaine, Guilty; 1993, District of Columbia, Possession of an Unregistered Firearm and Possession with Intent to Distribute Cocaine, dismissed.