UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-448 (ESH)** |
| | : | |
| **KIRK CARTER** | : | |
| | : | |
| Defendant. | : | **Judge Ellen Segal Huvelle** |

## ORDER

This matter came before the Court on the government's motion for review of a decision by the Magistrate Judge releasing the defendant pending trial. Upon consideration of that motion, it is by the Court this _____ day of January, 2006, ordered that the defendant be detained pending trial.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE