UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.           )<br>)<br>KIRK CARTER,     )<br>)<br>Defendants.  )<br>) | Criminal Action No. 05-0448 (ESH)<br><br>**FILED**<br>JAN 1 3 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

<u>ORDER</u>

The Court has received the government's appeal of release and order and request for stay in the above-captioned case. The Court will hereby stay the Order that the Magistrate Judge issued this date, and the defendant shall be detained pending this appeal. Defense counsel should file any opposition on or before Tuesday, January 17, 2006. The Court also wishes the government to obtain a transcript of the proceedings before the Magistrate Judge relating to this defendant. This matter will be addressed at the hearing now scheduled for January 18, 2006 at 2:30 p.m.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: January 13, 2005