UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,                    )
                                             )
                                             )
             v.                              )    Criminal Action No. 05-0448 (ESH)
                                             )
KIRK CARTER,                                 )
                                             )
                                             )
             Defendants.                     )
                                             )

## ORDER

For the reasons stated in open court this date, the Court grants the government's appeal

and will reverse the decision of the magistrate judge releasing the defendant pending trial. In

reaching this conclusion, the Court has reviewed documentary evidence, heard testimony from

Detective Horne, and listened to selected portions of audio taped conversations involving

Antoine Jones and the defendant. Based on this record, the Court finds probable cause to believe

that Mr. Carter was part of a drug conspiracy in violation of 21 U.S.C. § 841(b)(1)(A)(iii), and

that defendant has failed to overcome the statutory presumption under 18 U.S.C. § 3142(e) that

no condition or set of conditions will reasonably assure the community's safety.

Accordingly, the Court is ordering that Mr. Carter remain in the custody of the Attorney

General for confinement in a corrections facility pending trial.

_Ellen S Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge

Date:  January 19, 2006