UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.   05-0448(ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **KIRK CARTER** | : | |
| | : | |
| **Defendant** | : | |

## GOVERNMENT'S MOTION TO DISMISS

COMES NOW the United States of America by its counsel, Kenneth L. Wainstein, United States Attorney for the District of Columbia, John V. Geise, Assistant United States Attorney, and hereby moves to dismiss, without prejudice, the above captioned case since the defendant has been indicted in a consolidated conspiracy case, number 05-0386(ESH).

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    UNITED STATES ATTORNEY

    _____
    JOHN V. GEISE
    ASSISTANT UNITED STATES ATTORNEY
    DC Bar No. 358267
    555 4th St. N.W. #4126
    Washington, D.C. 20001
    (202) 616-9156

### CERTIFICATE OF SERVICE

I certify that a copy of this motion was served by electronic mail on counsel for the defendant, Charles Daum, Esq.

    _____
    John V. Geise