UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.  05-0448(ESH) |
| v. | : | |
| **KIRK CARTER** | : | |
| **Defendant** | : | |

**ORDER**

_____This matter comes before the Court upon consideration of the Government's Motion to Dismiss Without Prejudice.  Having reviewed the request and the record in this case, it is this _____ day of March, 2006, hereby

**ORDERED**, that this case is dismissed without prejudice; and

**FURTHER ORDERED**, that the conditions of detention imposed on the defendant in this case are continued unchanged in case 05-0386(ESH).

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

Copies to:

John V. Geise, Esq.
Assistant United States Attorney

Charles Daum, Esq.
Counsel for the Defendant